Form clsnodsc – ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  11–31855–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nikia L Comfort
   1956 Tinsman Avenue
   Pennsauken, NJ 08110

Social Security No.:
   xxx–xx–2092

Employer's Tax I.D. No.:

---

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

You are hereby notified that the above–named case will be closed without entry of discharge on or after October 17, 2016 for the reason(s) indicated below.

☑  Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐  Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑  Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐  Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: September 16, 2016
JJW: kvr

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 11-31855-ABA
Nikia L Comfort                                                     Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin           Page 1 of 1          Date Rcvd: Sep 16, 2016
                             Form ID: clsnodsc     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2016.
db          +Nikia L Comfort,    1956 Tinsman Avenue,    Pennsauken, NJ 08110-2859

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Sep 16 2016 23:36:17     U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 16 2016 23:36:12     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2016                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2016 at the address(es) listed below:
            Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
            Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
            summarymail@standingtrustee.com
            Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com
            Joshua I. Goldman    on behalf of Creditor    U.S. Bank, N.A. jgoldman@kmllawgroup.com,
            bkgroup@kmllawgroup.com
            Mark W. Ford    on behalf of Debtor Nikia L Comfort markfordlaw@juno.com,
            dsorbello@MarkFordLaw.comcastbiz.net
            Raymond H. Shockley, Jr.    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
            William M. E. Powers, III    on behalf of Creditor    U.S. Bank Home Mortgage, servicing agent for
            U.S. Bank N.A. ecf@powerskirn.com
            William M.E. Powers    on behalf of Creditor    U.S. Bank Home Mortgage, servicing agent for U.S.
            Bank N.A. ecf@powerskirn.com
            William M.E. Powers, III    on behalf of Creditor    U.S. Bank Home Mortgage, servicing agent for
            U.S. Bank N.A. ecf@powerskirn.com
                                                                              TOTAL: 9