UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Offices of Mark W. Ford, LLC
4 ½ North Broadway, PO Box 110
Gloucester City, NJ 08030
856-456-8811/856-456-8558 (Fax)
Attorney for the debtor

Order Filed on March 21, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re: Nikia L. Comfort

Case No.: 11-31855(ABA)

Hearing Date: March 21, 2017

Judge: Andrew B. Altenburg

Chapter: 13

Recommended Local Form:  ☒ Followed   ☐ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

DATED: March 21, 2017

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of ___Mark W. Ford on behalf of Nikia L. Comfort___, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ☐ A Trustee shall be appointed.

   ☐ A Trustee shall not be appointed.

3. ☐ The case shall be immediately reclosed.

   ☐ The case shall be closed within _____ days.

   ☐ The case shall be reviewed within _____ days for closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*rev.8/1/15*

2