UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Offices of Mark W. Ford, LLC
4 ½ North Broadway, PO Box 110
Gloucester City, NJ 08030
856-456-8811/856-456-8558 (Fax)
Attorney for the debtor

Order Filed on March 21, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Nikia L. Comfort

Case No.: 11-31855(ABA)

Hearing Date: March 21, 2017

Judge: Andrew B. Altenburg

Chapter: 13

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

DATED: March 21, 2017

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of ___Mark W. Ford on behalf of Nikia L. Comfort___, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ☐ A Trustee shall be appointed.

   ☐ A Trustee shall not be appointed.

3. ☐ The case shall be immediately reclosed.

   ☐ The case shall be closed within _____ days.

   ☐ The case shall be reviewed within _____ days for closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Nikia L Comfort  
     Debtor

Case No. 11-31855-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Mar 21, 2017  
                        Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2017.  
db             +Nikia L Comfort,    1956 Tinsman Avenue,    Pennsauken, NJ 08110-2859

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2017                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2017 at the address(es) listed below:  
         Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa (NA)     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  
         Joshua I. Goldman     on behalf of Creditor    U.S. Bank, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Mark W. Ford     on behalf of Debtor Nikia L Comfort markfordlaw@juno.com, dsorbello@MarkFordLaw.comcastbiz.net  
         Raymond H. Shockley, Jr.     on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
         William M. E. Powers, III     on behalf of Creditor    U.S. Bank Home Mortgage, servicing agent for U.S. Bank N.A. ecf@powerskirn.com  
         William M.E. Powers     on behalf of Creditor    U.S. Bank Home Mortgage, servicing agent for U.S. Bank N.A. ecf@powerskirn.com  
         William M.E. Powers, III     on behalf of Creditor    U.S. Bank Home Mortgage, servicing agent for U.S. Bank N.A. ecf@powerskirn.com  
                                                                                                  TOTAL: 9