**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Nikia L Comfort | Social Security number or ITIN   xxx–xx–2092 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 11–31855–ABA | |

# Order of Discharge                                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Nikia L Comfort

4/11/17                                                                                    **By the court:** Andrew B. Altenburg Jr.
                                                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 11-31855-ABA
Nikia L Comfort                                                             Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 2          Date Rcvd: Apr 11, 2017
                               Form ID: 3180W          Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2017.
```
db              +Nikia L Comfort,   1956 Tinsman Avenue,    Pennsauken, NJ 08110-2859
512199206       +AES/Suntrust,    PO Box 2461,   Harrisburg, PA 17105-2461
512199208       +Camden County Division Of Community,    Development,   Court House, 19th Floor, 520 Market St,
                  Camden, NJ 08102-1300
512199210       +Citifinancial,    Po Box 499,   Hanover, MD 21076-0499
512199211        Citifinancial Retail Services,    Po Box 22060,   Tempe, AZ 85285-2060
512199212        Citifinancial Services, Inc.,    Route 130 & Browning Road,    Brooklawn, NJ 08030
512199213        Collectech Systems, Inc.,    PO Box 4157,   Woodland Hills, CA 91365
512199215        DIRECTV, Inc.,    P.O. Box 830032,   Baltimore, MD 21283
512199214        Direct Loans,    U.S. Department of Education,    P.O. Box 530260,   Atlanta, GA 30353-0260
512199216        Emergency Phy Assoc of S. Jersey,    NCO-Medclr,   PO Box 8547,   Philadelphia, PA 19101
512199217       +Fin Recovery,    200 East Park Drive,   Suite 100,   Mount Laurel, NJ 08054-1297
512199219       +Howard W. Smith, Esq.,    1670 Whitehorse-Hamilton Square Road,    Trenton, NJ 08690-3541
512199220       +Jefferson Capital Systems, LLC,    C/O Neuheisel Law Firm, PC,    64 East Broadway Road, Ste. 245,
                  Tempe, AZ 85282-1383
512199222       +Literary Guild Book,    C/O RJM ACQ, LLC,   575 Underhill Blvd, Ste. 2,    Syosset, NY 11791-3426
512199224       +Pennsauken Tax Office,    5605 N. Crescent Blvd.,   Pennsauken, NJ 08110-1834
512199225       +Powers Kirn, LLC,    728 Marne Highway, Ste. 200,   Moorestown, NJ 08057-3128
512199226        Sprint PCS,    P.O. Box 660075,   Dallas, TX 75266-0075
515700450       +US BANK NA,    POWERS KIM, LLC,    PO BOX 848,   MOORESTOWN, NJ 08057-0848
512260566       +US Depart of Housing and Urban Dev.,    Attn: Jessica Anglin,    2488 E 81st St.,   Suite 700,
                  Tulsa, OK 74137-4267
512451203        US Departnment of Education,    Direct Loan Servicing Center,    PO BOX 5609,
                  Greenville, TX 75403-5609
512199227       +Underwood - Memorial Hospital,    Billing Office,   509 North Broad Street,
                  Woodbury, NJ 08096-1617
512199228        University Physicians Cooper,    Department Of Emergency Medicine,    PO Box 6039,
                  Bellmawr, NJ 08099-6039

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Apr 11 2017 22:48:24    U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 11 2017 22:48:22    United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
512199207       +E-mail/Text: bankruptcy@cavps.com Apr 11 2017 22:48:41    Calvary Portfolio Services,
                  7 Skyline Drive, 3rd Floor,    Hawthorne, NY 10532-2162
512199209        EDI: CAPITALONE.COM Apr 11 2017 22:33:00    Capital One,   PO Box 70884,
                  Charlotte, NC 28272-0884
512199218       +EDI: RMSC.COM Apr 11 2017 22:33:00    GEMB/Old Navy,   PO Box 981400,   El Paso, TX 79998-1400
512334338        EDI: JEFFERSONCAP.COM Apr 11 2017 22:34:00    Jefferson Capital Systems LLC,    PO BOX 7999,
                  SAINT CLOUD MN 56302-9617
512199221       +E-mail/Text: bkrnotice@prgmail.com Apr 11 2017 22:48:21    John Barry & Associates,
                  PO Box 126,   Concord, NC 28026-0126
512199223       +E-mail/Text: bankruptcydepartment@tsico.com Apr 11 2017 22:49:08    NCO Fin/99,
                  507 Prudential Road,   Horsham, PA 19044-2308
512420435        EDI: PRA.COM Apr 11 2017 22:33:00    Portfolio Recovery Associates, LLC,    c/o Capital One,
                  PO Box 41067,   Norfolk VA 23541
516012887        EDI: USBANKARS.COM Apr 11 2017 22:33:00    U.S. Bank National Association,
                  c/o U.S. Bank Home Mortgage,   A Division of U.S. Bank NA,    4801 Frederica Street,
                  Owensboro, Kentucky 42301
512199229       +EDI: USBANKARS.COM Apr 11 2017 22:33:00    US Bank Home Mortgage,    4801 Ferderica Street,
                  Owensboro, KY 42301-7441
                                                                                               TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
512942515       U.S. Department of HUD c/o Deval LLC,   1255 Corporate Drive, #300, Irving, TX 7
                                                                                               TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2017                             Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Apr 11, 2017
                              Form ID: 3180W           Total Noticed: 33
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2017 at the address(es) listed below:
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor   U.S. Bank, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mark W. Ford    on behalf of Debtor Nikia L Comfort markfordlaw@juno.com,
               dsorbello@MarkFordLaw.comcastbiz.net
              Raymond H. Shockley, Jr.    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              William M. E. Powers, III    on behalf of Creditor   U.S. Bank Home Mortgage, servicing agent for
               U.S. Bank N.A. ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor   U.S. Bank Home Mortgage, servicing agent for U.S.
               Bank N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor   U.S. Bank Home Mortgage, servicing agent for
               U.S. Bank N.A. ecf@powerskirn.com
                                                                                             TOTAL: 9
```